# FORM A

Rev. 10/10

CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER
UNDER 42 U.S.C. § 1983 or
UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS*

FILED
JAMES J. VILT, JR. - CLERK
OCT 16 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

Versace Scott
Versace Alan Scott

(Full name of the Plaintiff(s) in this action)

v.

Seth Whittaker
Logan County Sheriff
Department
Drug Task Force

(Full name of the Defendant(s) in this action)

CIVIL ACTION NO. 1:23CV136JHM
(To be supplied by the clerk)

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

(A) **Plaintiff(s)**. Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Versace Alan Scott

Place of Confinement: Logan County Detention Center

Address: 304 W. 3rd St Russellville KY 42276

Status of Plaintiff: CONVICTED ( )   PRETRIAL DETAINEE (✓)

(2) Name of Plaintiff: _____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff:_____

Place of Confinement: _____

Address: _____

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

**(B) Defendant(s).** Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant  Seth Whittaker  is employed as  Drug Task Force  at  Logan County Sheriff Department

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(3) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4) Defendant _____ is employed

as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(5) Defendant _____ is employed as _____ at _____.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the <u>same facts</u> involved in this action? YES (✓) NO (___)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): ~~Brenda Brewster~~ Versace Scott

Defendant(s): Cody Fox
Antonio Browder

Court (if federal court, name the district. If state court, name the county):
United States District Court Western District of Kentucky

Docket number: _____

Name of judge to whom the case was assigned: _____

Type of case (for example, habeas corpus or civil rights action): _____

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):
Pending

Approximate date of filing lawsuit: Oct 2023

Approximate date of disposition: _____

3

### III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

I was under investigation by The Southern Kentucky Drug Task Force Lead Dective was Antonio Browder and his Partner was Cody Fox. Seth whittaker also There Partner was Helping on the case had had me under Unlawful Survelance for 2 Years to bust me For cooking meth when they Found out I wasn't they All 3 took a vote to kill me where that is Attempted murder conspiricy to commit murder and organized crime. Then on october 13th 2022 Antonio Browder Ran me over on my motorcycle at 90 mph and kept going with intent to kill me.

4

## III. STATEMENT OF CLAIM(S) continued

There is an open FBI investigation with Louisville Headquarters and Attorney General in Frankfort KY to verify this.

## IV.   RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

_____ award money damages in the amount of $ 10,000,000

_____ grant injunctive relief by _____

_____ award punitive damages in the amount of $ 2500 a day each Day For wrongFul imPrisonment

_____ other: _____

## V.   DECLARATION UNDER PENALTY OF PERJURY
(each Plaintiff must sign for him/herself)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 09 day of October, 2023

Versace Scott
(Signature of Plaintiff)

_____
(Signature of additional Plaintiff)

_____
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on 10-09-2023.

Versace Scott
(Signature)

6

LOGAN COUNTY
DETENTION CENTER
304 W. 3RD ST.
RUSSELLVILLE, KY 42276

Attn: Versace Scott

NASHVILLE TN 370
13 OCT 2023 PM 6 L

FILED
JAMES J. VILT, JR. - CLERK
OCT 16 2023
U.S. DISTRICT COURT
WEST'N. DIST. KENTUCKY

INMATE MAIL UNCENSORED

Office of the Clerk
601 W. Broadway, Rm 106
Gene Snyder United States
Courthouse Louisville KY
40202

40202-222731